**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7155**

---

MICHAEL LEE ROY,

Plaintiff - Appellant,

versus

LORRAINE SINGLETON,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge. (CA-96-369)

---

Submitted:  November 19, 1996       Decided:  December 2, 1996

---

Before MICHAEL and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Michael Lee Roy, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his civil action for lack of jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Roy v. Singleton, No. CA-96-369 (E.D. Va. July 17, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED